STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
SAMUEL ALDRIDGE, DEFENDANT-PETITIONER.

*Mr. Stanley C. VanNess* and *Mr. Kenneth S. Javerbaum* for the petitioner.

*Mr. Martin J. Queenan* and *Mr. Myron H. Gottlieb* for the respondent.

September 30, 1969. Denied.

BERCHTOLD REALTY CO. INC., *ET AL.*, PLAINTIFF-RE-
SPONDENTS, v. BOARD OF ADJUSTMENT OF BOROUGH
OF PARAMUS, *ET AL.*, DEFENDANTS-CROSS PETI-
TIONERS, AND CHARLES MOSLER, *ET AL.*, INTER-
VENORS-PETITIONERS.

*Messrs. Major & Major* for the petitioners.

*Messrs. Breslin & Breslin* and *Mr. Charles Rodgers* for the cross-petitioners.

*Messrs. Wittman, Anzalone & Bernstein* for the respondents.

September 30, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
ROGER KELLY, DEFENDANT-PETITIONER.

*Mr. Stanley C. VanNess* and *Mrs. Miriam N. Span* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. Robert L. Podvey* for the respondent.

September 30, 1969. Denied.